UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINE LAPOLEON DAVIS, | ) | NO. CV 08-6636-GW(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| MIKE S. EVANS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Petitioner's "Motion to Hold in Abeyance" is denied; and (2) the Petition is dismissed without prejudice.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner and counsel for
4 Respondent.

6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: July 28, 2009.

10  _____
          GEORGE H. WU
11       UNITED STATES DISTRICT JUDGE