**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTOINE LAPOLEON DAVIS, | ) | NO. CV 08-6636-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MIKE S. EVANS, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that: (1) Petitioner's "Motion to Hold in Abeyance" is denied; and (2) the Petition is dismissed without prejudice.

    DATED: July 28, 2009.

                                    /s/ George H. Wu
                                    _____
                                        GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE